UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MESA,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | ) Case No. 2:20-cv-05510-GJS<br>)<br>) ORDER AWARDING EQUAL<br>) ACCESS TO JUSTICE ACT<br>) ATTORNEY FEES AND EXPENSES<br>) PURSUANT TO 28 U.S.C. § 2412(d)<br>) AND COSTS PURSUANT TO 28<br>) U.S.C. § 1920<br>)<br>)<br>) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $5,500.00 (five thousand five hundred dollars) as authorized by 28 U.S.C. § 2412, and costs in the amount of $0.00 (zero dollars) as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: December 7, 2021   _____
HONORABLE GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

-1-